AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| M-20-328-M | 2/5/20 at 4:36 pm | |

Inventory made in the presence of:
M. Slawson and J. Garcia

Inventory of the property taken and name of any person(s) seized:

No items seized

United States District Court
Southern District of Texas
FILED

FEB 21 2020

David J. Bradley, Clerk

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/21/2020

*Executing officer's signature*

Mirella Slawson, Postal Inspector
*Printed name and title*